POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> SO CAL EQUAL ACCESS GROUP <br> JASON KIM (SBN: 190246) <br> 101 SOUTH WESTERN AVENUE SECOND FLOOR <br> LOS ANGELES, CA 90004 <br> TELEPHONE NO: (213) 205-6560    FAX NO *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: SAM BENFORD | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 350 West 1st Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: FIRST STREET U.S COURTHOUSE

| PLAINTIFF / PETITIONER: SAM BENFORD <br> DEFENDANT / RESPONDENT: STERLING MACHINERY AUCTIONS LLC; DEBRA LOUISE MATTES, AS TRUSTEE OF THE DEBRA MATTES LIVING TRUST | CASE NUMBER: <br> 2:25-cv-06630-ODW (MBKx) |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 14163653 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:    (Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION; CIVIL MINUTES—GENERAL ORDER DECLINING SUPPLEMENTAL JURISDICTION
3. a. Party served *(specify name of party as shown on documents served)*:
      STERLING MACHINERY AUCTIONS LLC
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      ADAM MATTES, AS AGENT FOR SERVICE OF PROCESS
4. Address where the party was served:
   9310 Garvey Avenue, South El Monte, CA 91733
5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. [X] **by substituted service**. On *(date)*: Fri, Oct 03 2025    at *(time)*: 03:27 PM    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      John Doe (refused to give name), Manager -  Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 6'1"; Hair: Brown
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: Fri, Oct 03 2025
         from *(city)*: UPLAND    or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| PLAINTIFF / PETITIONER: SAM BENFORD<br>DEFENDANT / RESPONDENT: STERLING MACHINERY AUCTIONS LLC; DEBRA LOUISE MATTES, AS TRUSTEE OF THE DEBRA MATTES LIVING TRUST | CASE NUMBER:<br>2:25-cv-06630-ODW (MBKx) |

5.  c.  ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:                                (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)                ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)        ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
      ☐ other:

7. **Person who served papers**
   a. Name:              MICHAEL RODGERS
   b. Address:           440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786
   c. Telephone number:  909-850-5242
   d. **The fee** for service was:
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner  ☐ employee  ☒ independent contractor
         (ii) Registration No: 833
         (iii) County: SAN BERNARDINO

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/06/2025

MICHAEL RODGERS                                        *M. Rodgers* (signature)
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)                                    (SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: SAM BENFORD | CASE NUMBER: |
| DEFENDANT / RESPONDENT: STERLING MACHINERY AUCTIONS LLC; DEBRA LOUISE MATTES, AS TRUSTEE OF THE DEBRA MATTES LIVING TRUST | 2:25-cv-06630-ODW (MBKx) |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: Sep 22, 2025, 9:00 am PDT at 9310 Garvey Avenue, South El Monte, CA 91733
Per employee, the recipient is not at work today.

2) Unsuccessful Attempt: Sep 24, 2025, 1:09 pm PDT at 9310 Garvey Avenue, South El Monte, CA 91733
Per employee, the recipient is not at work today.

3) Unsuccessful Attempt: Sep 25, 2025, 4:49 pm PDT at 9310 Garvey Avenue, South El Monte, CA 91733
Business is closed for the day

4) Successful Attempt: Oct 3, 2025, 3:27 pm PDT at 9310 Garvey Avenue, South El Monte, CA 91733 received by John Doe Manager. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 6'1"; Hair: Brown

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date: 10/06/2025

MICHAEL RODGERS
(TYPE OR PRINT NAME)

*M. Rodgers*
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* REGISTERED PROCESS SERVER

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1