POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SO CAL EQUAL ACCESS GROUP<br>JASON KIM (SBN: 190246)<br>101 SOUTH WESTERN AVENUE SECOND FLOOR<br>LOS ANGELES, CA 90004<br>  TELEPHONE NO.: (213) 205-6560    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: SAM BENFORD | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles<br>  STREET ADDRESS: 350 West 1st Street<br>  MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, 90012<br>  BRANCH NAME: FIRST STREET U.S COURTHOUSE | |
| PLAINTIFF / PETITIONER:  SAM BENFORD<br>DEFENDANT / RESPONDENT:  STERLING MACHINERY AUCTIONS LLC; DEBRA LOUISE MATTES, AS TRUSTEE OF THE DEBRA MATTES LIVING TRUST | CASE NUMBER:<br>2:25-cv-06630-ODW (MBKx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>14311630 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:                (Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:  CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION; CIVIL MINUTES—GENERAL ORDER DECLINING SUPPLEMENTAL JURISDICTION
3. a. Party served *(specify name of party as shown on documents served)*:
      DEBRA LOUISE MATTES, AS TRUSTEE OF THE DEBRA MATTES LIVING TRUST
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   180 Rancho Road, Sierra Madre, CA 91024
5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Wed, Oct 08 2025    (2) at *(time)*: 09:26 PM
   b. [ ] **by substituted service.** On *(date)*:    at *(time)*:    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
         from *(city)*:                                                               or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use                           PROOF OF SERVICE OF SUMMONS                           Page 1 of 2
Judicial Council of California                                                                                  Code of Civil Procedure, § 417.10
POS-010 [Rev. January 1, 2007]

| PLAINTIFF / PETITIONER: SAM BENFORD | CASE NUMBER: |
| DEFENDANT / RESPONDENT: STERLING MACHINERY AUCTIONS LLC; DEBRA LOUISE MATTES, AS TRUSTEE OF THE DEBRA MATTES LIVING TRUST | 2:25-cv-06630-ODW (MBKx) |

5. c. [ ] **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:                              (2) from *(city)*:
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. [ ] **by other means** *(specify means of service and authorizing code section)*:

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)                    [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)            [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                  [ ] 415.46 (occupant)
      [ ] other:

7. **Person who served papers**
   a. Name:              MICHAEL RODGERS
   b. Address:           440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786
   c. Telephone number:  909-850-5242
   d. **The fee** for service was:
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i)   [ ] owner  [ ] employee  [X] independent contractor
         (ii)  Registration No:  833
         (iii) County:  SAN BERNARDINO

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 10/16/2025
MICHAEL RODGERS

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)                 *M. Rodgers* (SIGNATURE)